Buehler & Kassabian
George W. Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Kevin Patrick Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN PATRICK SLUGA,<br><br>    Defendant. | Case No. : 1:10-cr-0001 OWW<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

On January 8, 2010 the Court's Order Setting Conditions of Release restricted travel by Defendant Kevin Patrick Sluga to the Eastern and Central Districts of California unless otherwise approved by the Court in advance.

The parties hereby stipulate and jointly request that the conditions of release be modified to permit Mr. Sluga to travel within the State of California without further approval by the Court, and requiring the Court's advance approval only if

1

he wishes to travel outside of California.

Respectfully submitted,

Dated: August 9, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                              By:    /s/   Kirk E. Sherriff
                                     (as authorized on 8/9/10)
                                     KIRK E. SHERRIFF
                                     STANLEY A. BOONE
                                     Assistant United States Attorneys

Dated: August 9, 2010                    /s/   George W. Buehler
                                         GEORGE W. BUEHLER

                                         Counsel for Defendant
                                         KEVIN PATRICK SLUGA

**ORDER**

The Court has reviewed and considered the stipulation of the parties to modify the conditions of release.  Good cause appearing, IT IS ORDERED that the conditions of release ordered on January 8, 2010 are modified as follows: Defendant Kevin Patrick Sluga may travel within the State of California without further approval by the Court, and is prohibited from traveling outside of California unless such travel is approved by the Court in advance.

IT IS SO ORDERED.

**Dated:   August 12, 2010**                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

2