Buehler & Kassabian
George **W.** Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Kevin Patrick Sluga

IN THE UNITED  STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PATRICK SLUGA,<br><br>Defendant. | Case No. : 1:10-cr-00001 OWW<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

The conditions of Defendant Kevin Patrick Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

The parties hereby stipulate and jointly request that the Court enter an order permitting Mr. Sluga to travel to Virginia on December 8, 2010 through December 14, 2010 to visit his daughter, on the condition that Mr. Sluga keep Pre-Trial Services advised at all times of his itinerary and where he is staying while out of

1

1  California.

2                                    Respectfully submitted,

3

4  Dated:      November 12, 2010        BENJAMIN B. WAGNER
                                        United States Attorney
5

6                            By:   /s/  Kirk E. Sherriff
                                   (as authorized on 11/10/10)
7                                  KIRK E. SHERRIFF
                                   STANLEY A. BOONE
8                                  Assistant United States Attorneys

9

10 Dated:      November 12, 2010        /s/   George W. Buehler
                                        GEORGE W. BUEHLER
11
                                        Counsel for Defendant
12                                      KEVIN PATRICK SLUGA

13

14                              **ORDER**

15       The Court has reviewed and considered the stipulation of the parties to

16 permit out of state travel.  Good cause appearing, IT IS ORDERED that the

17 Defendant Kevin Patrick Sluga may travel to Virginia on December 8, 2010 to

18 December 14, 2010 on the condition that he keep Pre Trial Services advised at all

19 times of his itinerary and where he is staying until he returns to California.

20       IT IS SO ORDERED.

21 **Dated:   November 15, 2010**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                              2