1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      )  CASE NO.: 1:10-cr-00001 OWW
11                                )
                  Plaintiff,      )  STIPULATION AND
12                                )  ORDER CONTINUING SENTENCING
                                  )  HEARING
13                                )
        v.                        )  Old Date: April 18, 2011
14                                )  Old Time: 1:30 p.m.
                                  )
15                                )  **New Date: Nov. 14, 2011**
   KEVIN PATRICK SLUGA,           )  **New Time: 1:30 p.m.**
16                                )  **Court:    Three**
                  Defendant.      )    **(Hon. Oliver W. Wanger)**
17                                )
   _____  )
18

19

20

21      Defendant Kevin Patrick Sluga pleaded guilty on January 8, 2010

22  to the Information filed in this case.  Sentencing is currently set

23  for April 18, 2011, at 1:30 p.m.

24      To allow additional time for Mr. Sluga to fulfill his

25  obligations under the plea agreement, the parties hereby stipulate

26  and jointly request that the Court order that the sentencing hearing

27  in this case be continued from April 18, 2011 to Nov. 14, 2011, at

28  1:30 p.m., or the earliest date thereafter that is convenient to the

_____
                Stipulation & Order Continuing Sentencing Hearing

Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

```
                                        Respectfully submitted,

Dated:  April 8, 2011                   BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ Kirk E. Sherriff
                                        STANLEY A. BOONE
                                        KIRK E. SHERRIFF
                                        Assistant U.S. Attorneys


Dated:  April 8, 2011                   /s/ George Buehler
                                        (as authorized on 4/8/11)
                                        GEORGE BUEHLER

                                        Attorney for Defendant
                                        KEVIN PATRICK SLUGA
```

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 18, 2011 to Nov. 14, 2011, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   April 8, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE