Buehler & Kassabian
George **W.** Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Kevin Patrick Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>KEVIN PATRICK SLUGA,<br><br>           Defendant. | Case No. : 1:10-cr-0001 LJO<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

The conditions of Defendant Kevin Patrick Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

The parties hereby stipulate and jointly request that the Court enter an order permitting Mr. Sluga to travel with his wife Leslie Sluga to Richmond, Virginia on November 8, 2011 through November 15, 2011 to visit their daughter Megan Balod.

/

/

/

1

Respectfully submitted,

Dated: October 17, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/  Kirk E. Sherriff
                                (as authorized on 10/17/11)
                                KIRK E. SHERRIFF
                                STANLEY A. BOONE
                                Assistant United States Attorneys

Dated: October 17, 2011        /s/   George W. Buehler
                                GEORGE W. BUEHLER

                                Counsel for Defendant
                                KEVIN PATRICK SLUGA

## ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel. Good cause appearing, IT IS ORDERED that the Defendant Kevin Patrick Sluga may travel to Richmond, Virginia on November 8, 2011 to November 15, 2011 to visit his daughter Megan Balod.

IT IS SO ORDERED.



IT IS SO ORDERED.

**Dated:   October 18, 2011**          /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

2