Buehler & Kassabian
George **W.** Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Kevin Patrick Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KEVIN PATRICK SLUGA,<br><br>        Defendant. | Case No. : 1:10-cr-0001 LJO<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

    The conditions of Defendant Kevin Patrick Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

    The parties hereby stipulate and jointly request that the Court enter an order permitting Mr. Sluga to travel with his wife Leslie Sluga to Richmond, Virginia on June 11, 2012 through June 18, 2012 to visit their daughter Megan Balod, who is expected to give birth in early June.

/

/

/

1

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |

Dated: May 21, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
(as authorized on 5/21/12)
KIRK E. SHERRIFF
STANLEY A. BOONE
Assistant United States Attorneys

Dated: May 21, 2012

/s/ George W. Buehler
GEORGE W. BUEHLER

Counsel for Defendant
KEVIN PATRICK SLUGA

## ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel. Good cause appearing, IT IS ORDERED that the Defendant Kevin Patrick Sluga may travel to Richmond, Virginia on June 11, 2012 to June 18, 2012 to visit his daughter Megan Balod.

IT IS SO ORDERED.

**Dated:   May 25, 2012**            /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

2