BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-0001 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: Nov. 5, 2012<br>Old Time: 8:30 a.m. |
| KEVIN PATRICK SLUGA, | ) ) ) | **New Date: May 6, 2013**<br>**New Time: 8:30 a.m.**<br>**Court: Four**<br>**(Hon. Lawrence J. O'Neill)** |
| Defendant. | ) ) | |

Defendant Kevin Patrick Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for Nov. 5, 2012, at 8:30 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

Stipulation & [Proposed] Order Continuing Sentencing Hearing

U.S. v. David Crisp, et al..

    To allow additional time for Mr. Sluga to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from Nov. 5, 2012 to May 6, 2013, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

                                          Respectfully submitted,

Dated:  Oct. 16, 2012          BENJAMIN B. WAGNER
                                      United States Attorney

                                 By: /s/ Kirk E. Sherriff
                                   STANLEY A. BOONE
                                   KIRK E. SHERRIFF
                                   HENRY Z. CARBAJAL III
                                   Assistant U.S. Attorneys


Dated:  Oct. 16, 2012          /s/ George Buehler
                                      (authorized on 10/15/12)
                                      GEORGE BUEHLER

                                      Attorney for Defendant
                                      KEVIN PATRICK SLUGA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from November 5, 2012 to May 6, 2013, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   October 16, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE