BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-0001 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: May 6, 2013<br>Old Time: 8:30 a.m. |
| KEVIN PATRICK SLUGA, | ) ) ) ) | **New Date: March 31, 2014**<br>**New Time: 8:30 a.m.**<br>**Court:    Four**<br>   **(Hon. Lawrence J. O'Neill)** |
| Defendant. | ) ) ) | |

    Defendant Kevin Patrick Sluga pleaded guilty on January 8, 2010 to the Information filed in this case.  Sentencing is currently set for May 6, 2013, at 8:30 a.m.

    This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on January 28, 2014.  The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. David Crisp, et al..

_____
Stipulation & [Proposed] Order Continuing Sentencing Hearing

1  To allow additional time for Mr. Sluga to fulfill his
2 obligations under the plea agreement, the parties hereby stipulate
3 and jointly request that the Court order that the sentencing hearing
4 in this case be continued from May 6, 2013 to March 31, 2014 at
5 8:30 a.m., which is after the anticipated completion of the trial in
6 <u>U.S. v. David Crisp, et al.</u>, or to the earliest date thereafter that
7 is convenient to the Court.  The parties further stipulate and
8 jointly request that the Court extend the deadline to submit informal
9 objections to the Pre-Sentence Report (PSR) to three weeks prior to
10 the continued sentencing date, and extend the deadline to file formal
11 objections to the PSR to one week prior to the continued sentencing
12 date.

Respectfully submitted,

Dated: April 18, 2013                BENJAMIN B. WAGNER
                                     United States Attorney

                                By: /s/ Kirk E. Sherriff
                                    KIRK E. SHERRIFF
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorneys


Dated: April 18, 2013                /s/ George Buehler
                                     (authorized on 4/18/13)
                                     GEORGE BUEHLER
                                     Attorney for Defendant
                                     KEVIN PATRICK SLUGA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from May 6, 2013 to March 31, 2014 at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   April 19, 2013**             /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE