Buehler & Kassabian
George W. Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Kevin Patrick Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PATRICK SLUGA,<br><br>Defendant. | Case No. : 1:10-cr-0001 LJO<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

    The conditions of Defendant Kevin Patrick Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

    The parties hereby stipulate and jointly request that the Court enter an order permitting Mr. Sluga to travel with his wife Leslie Sluga to Midlothian, Virginia on May 31, 2013 through June 10, 2013 to visit their daughter Megan Balod and celebrate the first birthday of Megan's son (the Slugas's grandson) who recently underwent surgery.

/

/

1

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

Dated: May 6, 2013              BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/  Kirk E. Sherriff
                                (as authorized on 5/7/13)
                                KIRK E. SHERRIFF
                                STANLEY A. BOONE
                                Assistant United States Attorneys

Dated: May 6, 2013              /s/   George W. Buehler
                                GEORGE W. BUEHLER

                                Counsel for Defendant
                                KEVIN PATRICK SLUGA

## ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel. Good cause appearing, IT IS ORDERED that the Defendant Kevin Patrick Sluga may travel to Richmond, Virginia on May 31, 2013 to June 10, 2013 to visit his daughter Megan Balod.

IT IS SO ORDERED.

Dated:   May 9, 2013              /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE

2