BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KEVIN PATRICK SLUGA,<br><br>　　　　　　Defendant. | CASE NO.  1:10-CR-0001 LJO<br><br>STIPULATION &  ORDER<br>CONTINUING SENTENCING HEARING<br><br>Old Sentencing Date:   March 31, 2014<br><br>New Sentencing Date: May 27, 2014<br>Time:　　　　　　　　8:30am<br>Court:　　　　　　　　Four<br>　　(Hon. Lawrence J. O'Neill) |

　　　Defendant Kevin Patrick Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for March 31, 2014, at 8:30 a.m. This case is related to the pending case U.S. v. Julie Farmer (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on April 8, 2014. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. Julie Farmer.

　　　To allow additional time for Mr. Sluga to fulfill his obligations under the plea agreement in this case, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from March 31, 2014 to May 27, 2014, at 8:30 a.m., or to the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to

submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

　　　　IT IS SO STIPULATED.

Dated: March 6, 2014

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| /s/ George Buehler<br>(authorized on 3/6/14)<br>GEORGE BUEHLER<br>Attorney for defendant<br>Kevin Patrick Sluga | /s/ Kirk E. Sherriff<br>KIRK E. SHERRIFF<br>HENRY Z. CARBAJAL III<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorneys |

## ORDER

　　　　The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Kevin Sluga is continued to May 27, 2014, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

　　　Dated:   **March 7, 2014**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE