```
BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
CHRISTOPHER D. BAKER
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10-CR-0001 LJO |
|---|---|
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES OF AMERICA AND DEFENDANT KEVIN SLUGA** |
| v. | |
| KEVIN PATRICK SLUGA, | |
| Defendant. | |

WHEREAS, the discovery in this case contains a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

1      Therefore, Defendant KEVIN SLUGA, by and through his counsel
2 of record ("Defense Counsel"), and the United States of America,
3 by and through Assistant United States Attorneys Kirk E.
4 Sherriff, Henry Z. Carbajal III, and Christopher D. Baker, hereby
5 agree and stipulate as follows:
6      1.   This Court may enter a protective order pursuant to
7 Rule 16(d) of the Federal Rules of Criminal Procedure, and its
8 general supervisory authority.
9      2.   This Order pertains to all discovery provided to or
10 made available to Defense Counsel as part of discovery in this
11 case, and documents produced subsequent to the date of entry of
12 this Order (hereafter, collectively known as the "discovery").
13     3.   By signing this Stipulation and Protective Order,
14 Defense Counsel agrees not to share any documents that contain
15 Protected Information with anyone other than Defense Counsel
16 attorneys, designated defense investigators, and support staff.
17 Defense Counsel may permit the Defendant to view unredacted
18 documents in the presence of his attorney, defense investigators,
19 and support staff.  The parties agree that Defense Counsel,
20 defense investigators, and support staff shall not allow the
21 Defendant to copy Protected Information contained in the
22 discovery.  The parties agree that Defense Counsel, defense
23 investigators, and support staff may provide the Defendant with
24 copies of documents from which Protected Information has been
25 redacted.
26     4.   The discovery and information therein may be used only
27 in connection with the litigation of this case and for no other
28 purpose.  The discovery is now and will forever remain the

property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

    5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.   In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

    IT IS SO STIPULATED.

DATED: May 14, 2014                  BENJAMIN B. WAGNER
                                        United States Attorney

                                 By: /s/ Kirk E. Sherriff
                                        KIRK E. SHERRIFF
                                        HENRY Z. CARBAJAL III
                                        CHRISTOPHER D. BAKER
                                        Assistant U.S. Attorneys


DATED: May 14, 2014                   By: /s/ George Buehler
                                        (authorized on 5/13/14)
                                        GEORGE BUEHLER
                                        Attorney for Defendant
                                        Kevin Sluga


IT IS SO ORDERED.

    Dated:  **May 14, 2014**                  **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE