BUEHLER & KASSABIAN, LLP
GEORGE W. BUEHLER (Bar No. 60701)
350 W. Colorado Blvd., Ste. 200
Pasadena, CA 91105
Telephone:  (626) 219-0631
Facsimile:   (626) 792-0505
gbuehler@buehlerkassabian.com

Attorneys for Defendant
Kevin Patrick Sluga

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KEVIN PATRICK SLUGA,<br><br>　　　　　　　Defendant. | CASE NO.  1:10-CR-0001 LJO<br><br>AMENDED STIPULATION & ORDER CONTINUING SENTENCING HEARING<br><br>Old Sentencing Date:  May 27, 2014<br><br>New Sentencing Date:  July 28, 2014<br>Time:　　　　　　　　10:00am<br>Court:　　　　　　　　Four<br>　　　(Hon. Lawrence J. O'Neill) |

　　　　Defendant Kevin Patrick Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for May 27, 2014 at 8:30 a.m.

　　　　There is good cause for continuance of the sentencing. The government advised Mr. Sluga's counsel last week that it intended to produce a substantial number of documents related to the trial of Julie Farmer which had not been produced to Mr. Sluga. These documents were delivered to Mr. Sluga's counsel on Wednesday, May 14, and consist of seven compact disks containing thousands of pages of documents. Counsel for Mr. Sluga requires additional time to review these documents for any bearing they may have on sentencing. The parties agreed that they would stipulate to a postponement of sentencing for this reason.

　　　　Accordingly, the parties stipulate and jointly request that the Court order that the sentencing hearing be continued from May 27, 2014 to July 28, 2014 or to the earliest date thereafter that is convenient to the court (except July 14, when Mr. Sluga's counsel is scheduled for a vacation).

IT IS SO STIPULATED.

Dated: May 20, 2014

|  |  |
|---|---|
|  | Respectfully Submitted,<br>BENJAMIN B. WAGNER<br>United States Attorney |
| /s/George W. Buehler<br>GEORGE W. BUEHLER<br>Attorney for defendant<br>Kevin Patrick Sluga | /s/ Kirk E. Sherriff  (authorized on 3/6/14)<br>KIRK E. SHERRIFF<br>HENRY Z. CARBAJAL III<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorneys |

### ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Kevin Sluga is continued to July 28, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: _May 20, 2014_____            /s/ Lawrence J. O'Neill_____
                                     HON. LAWRENCE J. O'NEILL
                                     UNITED STATES DISTRICT JUDGE