BUEHLER & KASSABIAN, LLP
GEORGE W. BUEHLER (Bar No. 60701)
350 W. Colorado Blvd., Ste. 200
Pasadena, CA 91105
Telephone:  (626) 219-0631
Facsimile:   (626) 792-0505
gbuehler@buehlerkassabian.com

Attorneys for Defendant
Kevin Patrick Sluga

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>KEVIN PATRICK SLUGA,<br><br>             Defendant. | CASE NO.  1:10-CR-00001 LJO<br><br>STIPULATION & ORDER<br>CONTINUING SENTENCING HEARING<br><br>Old Sentencing Date:  July 28, 2014<br><br>New Sentencing Date: August 18, 2014<br>Time:                             8:30am<br>Court:                            Four<br>              (Hon. Lawrence J. O'Neill) |

Defendant Kevin Patrick Sluga pleaded guilty on January 8, 2010 to the Information filed in this case.  Sentencing is currently set for July 28, 2014 at 10:00 a.m.

There is good cause for continuance of the sentencing.  Because of a heavy work schedule over the last several months, including a trial which concluded on July 8, counsel for Mr. Sluga has not yet been able to complete preparation of Mr. Sluga's sentencing position, which would be due on July 14. Counsel for Mr. Sluga has a long-scheduled two-week vacation which commences on July 10, and he will be unable to timely file Mr. Sluga's sentencing position papers without cancelling or greatly shortening the vacation. Government counsel will be on vacation on August 4 and August 11.

Accordingly, the parties stipulate and jointly request that the Court order that the sentencing hearing be continued from July 28, 2014 to August 18, 2014 or to the earliest date thereafter that is convenient to the court.

1

IT IS SO STIPULATED.

Dated: July 9, 2014

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

/s/George W. Buehler                      /s/ Kirk E. Sherriff  (authorized on 7/8/14)
GEORGE W. BUEHLER                      KIRK E. SHERRIFF
Attorney for defendant                         HENRY Z. CARBAJAL III
Kevin Patrick Sluga                             CHRISTOPHER D. BAKER
                                            Assistant United States Attorneys

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Kevin Sluga is continued to August 18, 2014, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **July 9, 2014**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE