McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-0001 LJO |
| Plaintiff, | ORDER |
| v. | |
| KEVIN SLUGA, | |
| Defendant. | |

**O R D E R**

This matter came before the Court on the United States' request to correct the judgment in this case (Doc. 56) to clarify that, to the extent the defendant owes restitution debts to the same victims, the restitution order is joint and several with the defendants in the related case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO). This Order does not change the amount of the defendant's restitution or otherwise modify the judgment or restitution ordered in this case as to the defendant.

IT IS SO ORDERED.

Dated: **September 28, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1